**No. 61776.**—W. R. Grace & Co. *v.* United States, protests 310247–K and 310995–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protests were dismissed for lack of prosecution.

**No. 61777.**—The Tupman Thurlow Co., Inc. *v.* United States, protests 239292–K, etc. (Baltimore).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

**No. 61778.**—Hou-Tex Peanut Company, Inc. *v.* United States, protest 276069–K (Laredo).

Opinion by DONLON, J. Following *The Best Foods, Inc.* v. *United States* (37 Cust. Ct. 1, C. D. 1791), the motion was granted.

**No. 61779.**—Frazar & Company, Inc. *v.* United States, protest 310050–K (New York).

Opinion by DONLON, J. The protest was dismissed for lack of prosecution.

APRIL 1, 1958

**No. 61780.**—SUIT 4915.—(W. E. Sellers, doing business as John Sellers & Sons (party in interest) *v.* The Cronite Co., Inc.) and SUIT 4917 (The Cronite Co., Inc. *v.* United States (W. E. Sellers, doing business under the name of John Sellers & Sons, party in interest)).— C. D. 1847 affirmed December 13, 1957. C. A. D. 668.

APRIL 2, 1958

**No. 61781.**—SUIT 4914.—United States *v.* Wecolite Company.— C. D. 1858 affirmed January 22, 1958. C. A. D. 672.